UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel:
SNAPP, Inc., f/k/a Dearborn
Systems Services, Inc.,

    Plaintiff,

v.                                         Case No. 06-11848

FORD MOTOR COMPANY,         HONORABLE AVERN COHN

    Defendant.

_____/

## **ORDER DENYING FORD'S MOTION TO CONSOLIDATE**

This is a Qui Tam action brought by SNAPP, Inc. (SNAPP) against Ford Motor Company (Ford) generally claiming that Ford made false claims or statements beginning in 1991 and continuing through 1999, in violation of the False Claims Act, 31 U.S.C. § 3729 (FCA).

Ford's has filed a motion to consolidate this case with case no. 03-74357, a business dispute, which Snapp previously filed against Ford and four Ford employees and is in its pre-trial stage.

For the reasons stated on the record at the hearing on September 6, 2006, the motion to consolidate is DENIED WITHOUT PREJUDICE to its right to renew on completion of discovery in both cases.

    SO ORDERED.

Dated: September 7, 2006           s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

**Proof of Service**

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 7, 2006, by electronic and/or ordinary mail.

 s/Julie Owens
Case Manager, (313) 234-5160