UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, ex rel:
SNAPP, Inc., f/k/a Dearborn Systems
Services, Inc.,

Case No. 06-11848

HONORABLE AVERN COHN

    Plaintiff(s),

v.

FORD MOTOR COMPANY,

    Defendant(s).
_____/

## JUDGMENT

For the reasons stated in the Court's Order entered and filed on February 01, 2007, the Defendant's Motion to Dismiss First Amended Qui Tam Complaint is GRANTED. Judgment is entered in favor of the Defendants and the case is DISMISSED.

DAVID WEAVER

Dated: March 16, 2007          By: s/ Julie Owens
                                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, March 16, 2007, by electronic and/or ordinary mail.

                                                 s/Julie Owens
                                                 Case Manager, (313) 234-5160